IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JAMES JONES,** | * Case No.: 93-3488 (MD)(1) |
| | * Case No.: MDL-875 (PAE) |
| Plaintiff | * |
| v. | * |
| A C and S, INC., et al., | * |
| Defendants | * |

## ORDER

1.  On Motion of Pauline Jones for substitution in place of James Jones, deceased, it appearing to the Court that the said James Jones died intestate on May 18, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Pauline Jones has been duly appointed Personal Representative of the Estate of James Jones and is qualified and is acting as such.

**IT IS ORDERED,** that Pauline Jones, Personal Representative of the Estate of James Jones, be substituted as Plaintiff herein in place of James Jones, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE

Charles R. Weiner
5/29/2001



**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

May 30, 2001

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597

Felicia C. Cannon, Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Edward A. Garmatz Federal Bldg.
And U.S. Courthouse
Baltimore, MD. 21201-2690

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed are executed order(s) concerning the referenced litigation. Our Clerk's office is not maintaining the court records on the involved 90,000 actions. We are forwarding these orders to your office for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT


Deputy Clerk


Enclosure